408 A.2d 539

Commonwealth v. Kosmin, Appellant.

Submitted September 15, 1978.   Doug Johnson, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

408 A.2d 539

Commonwealth v. Prince, Appellant.

Submitted June 13, 1977.   Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.

JACOBS and WATKINS, former P.JJ. and HOFFMAN, J. did not participate in the consideration or decision of this case.